JS 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | **Case No. CV08-07655 DSF (PJWx)** |
| Plaintiff, | **Order re Judgment Against Defendant Neil Wardle** |
| v. | |
| **Ultralife Fitness, Inc.**, *et al.*, | |
| Defendants. | |

Based on the evidence provided by Plaintiff, Defendant Neil Wardle did not satisfy the terms required for the suspension of certain damages awarded in the Court's 2008 Final Judgment and Order for Permanent Injunction and Other Equitable Relief ("Final Judgment"). Therefore, Wardle is ordered to pay $9,648,111 to the Federal Trade Commission pursuant to the Final Judgment.

Date:   6/6/12

Dale S. Fischer
United States District Judge